IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Tammie Poitra and Michael Green, individually and as Parents and Next Friends of Kristen Poitra, Deceased, and Christopher Poitra, a Minor, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Daimler Chrysler Corporation and Daimler Chrysler Motors Company, LLC, | ) ) ) | Case No. 4:04-cv-058 |
| Defendants. | ) | |

On June 26, 2006, the parties filed a Stipulation Extending Time for Response to Motion to Amend to Include a Claim for Punitive Damages. The court **ADOPTS** the parties stipulation and **ORDERS** that the defendants shall have until June 30, 2006, to file a response to the plaintiffs' motion to amend the complaint to include a claim for punitive damages.

Dated this 27th day of June, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1