**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Tammie Poitra and Michael Greene, individually and as parents and next friends of Kristen Poitra, deceased, and Christopher Poitra, a minor,<br><br>     Plaintiffs,<br><br> vs.<br><br>Daimler Chrysler Corporation and Daimler Chrysler Motors Company, LLC,<br><br>     Defendants. | **ORDER**<br><br>Case No. A4-04-058 |

_____

  On July 11, 2006, the parties filed a stipulation wherein the agreed that the depositions of plaintiff's expert John Branch, defense experts James Schultz and Mark Edwards, and fact witness Bob Banta may be taken beyond the deadlines contained the court's scheduling order so long as they are completed by July 21, 2006. The court **ADOPTS** the parties stipulation (Docket No. 67) and **ORDERS** the parties shall have until July 21, 2006, to complete the aforementioned depositions.

  Dated this 12th day of July, 2006.

                    /s/ Charles S. Miller, Jr.
                    Charles S. Miller, Jr.
                    United States Magistrate Judge