**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Tammie Poitra and Michael Greene, individually and as parents and next friends of Kristen Poitra, deceased, and Christopher Poitra, a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>Daimler Chrysler Corporation and Daimler Chrysler Motors Company, LLC,<br><br>    Defendants. | **ORDER**<br><br><br>Case No. 4:04-cv-058 |

On July 11, 2006, the parties filed a Stipulation Extending Time to Answer Brief in Opposition to Plaintiffs' Motion to Amend Complaint to Include a Claim for Punitive Damages. The court **ADOPTS** the parties stipulation (Docket No. 68) and **ORDERS** that the Plaintiffs shall have until July 17, 2006, to file a reply to the defendant's brief in opposition to their pending motion to amend their complaint to include a claim for punitive damages.

Dated this 12th day of July, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge